■ Michael DeFazio et al., Appellants, v Berley Realty Corp. et al., Respondents, et al., Defendants, et al., Third-Party Plaintiff. Supermarkets General Corporation, Third-Party Defendant-Respondent, et al., Third-Party Defendant. (And a Second Third-Party Action.) [686 NYS2d 10] —Order, Supreme Court, New York County (Richard Braun, J.), entered on or about December 15, 1997, which denied plaintiffs' motion to renew and upon renewal to vacate a prior order entered upon their default granting defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

The IAS Court properly denied plaintiffs' motion to renew (*see, Silverman v Leucadia Inc.*, 159 AD2d 254). In any event, on the merits, plaintiffs failed to establish either a reasonable excuse for their default or that their claim was meritorious (*see, Goncalves v Stuyvesant Dev. Assocs.*, 232 AD2d 275). Plaintiffs' affidavit of merit, containing little else but conclusory allegations, failed to make a sufficient showing that the alleged assault was foreseeable, or that it was proximately caused by some breach by defendants of a duty owed by them to plaintiffs (*compare, Bonano v S.Z. Realty Corp.*, 256 AD2d 268). Concur—Nardelli, J. P., Wallach, Lerner and Rubin, JJ.